# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOTHYRY CHI | JUDGMENT IN A CIVIL CASE |
| v. | |
| ALBERTO R. GONZALES, et al. | CASE NUMBER:  C06-5538RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Under the authority granted to this Court by 8 U.S.C. sec 1447(b), this case is REMANDED to USCIS with instructions to promptly adjudicate Ms. Chi's application, and to complete its adjudication with 14 days of the Order Granting Defendants' Motion for Remand to USCIS,  entered on April 3, 2007, Dkt #16.

April 4, 2007

BRUCE RIFKIN
Clerk

/s/  Dara  L.  Kaleel
By Dara L. Kaleel, Deputy Clerk